UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

v.

DAVE COOPER, *et al.*,

    Defendants.

Case No. C16-1955RSL

ORDER DISMISSING CLAIMS
AGAINST GERALD W. BOERNER

This matter comes before the Court *sua sponte*. On March 16, 2017, the Court granted an extension of time in which to affect service in this matter. Plaintiff was given "an additional forty-five days, until May 5, 2017, to file proofs of waiver as to all defendants or a second motion for extension of time detailing the efforts made toward effecting personal service." Dkt. # 11 at 2. As of the date of this order, no proof of service or motion for extension of time has been filed with regards to defendant Gerald W. Boerner. The claims asserted against that defendant are hereby DISMISSED.

Dated this 11th day of May, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING CLAIMS AGAINST
GERALD W. BOERNER