THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVE COOPER, an individual; JEFFREY DEAN, an individual; KENNETH JONES, an individual; KRISTINA HANKS, an individual; JAMES ALEXANDER, an individual; JOSE ROJAS, an individual; GERALD W. BOERNER, an individual; and VINCENT JOHNSON, an individual, <br><br> Defendants. | No. 2:16-cv-01955 RSL <br><br> NOTICE OF APPEARANCE |

**TO:** All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of defendant Vincent Johnson by and through the undersigned counsel. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE
(NO. 2:16-CV-01955 RSL) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

125864-0001/135671994.1

DATED this 23rd day of May, 2017.

<u>s/ Jeffrey M. Hanson, WSBA No. 34871</u>
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  JHanson@perkinscoie.com

Attorneys for Defendant Vincent Johnson

NOTICE OF APPEARANCE
(NO. 2:16-CV-01955 RSL) – 2

125864-0001/135671994.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record. In addition, I caused service to be made on the same attorneys of record by the method(s) indicated:

| | |
|---|---|
| David A. Lowe | ___ Via hand delivery |
| Lowe Graham Jones PLLC | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| 701 Fifth Avenue, Suite 4800 | ___ Via Overnight Delivery |
| Seattle, WA 98104 | ___ Via Facsimile |
| Lowe@LoweGrahamJones.com | _X_ Via Email |
| Attorneys for Plaintiff | ___ Other: _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of May, 2017.

    s/ Jeffrey M. Hanson, WSBA No. 34871
    Attorneys for Defendant Vincent Johnson
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    E-mail: JHanson@perkinscoie.com

NOTICE OF APPEARANCE
(NO. 2:16-CV-01955 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

125864-0001/135671994.1