Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVE COOPER, et al, <br><br> Defendants. | Civil Action No. 2:16cv01955-RLS <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S CONSENTED MOTION FOR EXTENSION OF TIME FOR DEFENDANT KRISTINA HANKS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

Before this Court is Defendant Kristina Hanks' Consented Motion for Extension of Time for Defendant to answer or otherwise respond to the Complaint. Plaintiff consents to an additional 30 days for Defendant to answer or otherwise respond to its Complaint from May 30, 2017 to June 29, 2017.

The Court hereby grants Defendant's request and Defendant's Answer or other response to Plaintiff's Complaint is due on or before June 29, 2017.

DATED this 31st day of May 2017

_____
US ~~Magistrate~~/Judge

[PROPOSED] ORDER - 1
Civil Action No. 16cv01955-RLS