THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>DAVE COOPER, et al.,<br><br>  Defendants. | No. 2:16-cv-01955 RSL<br><br>[PROPOSED] ORDER EXTENDING DEFENDANT VINCENT JOHNSON'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

Based on Defendant Vincent Johnson's Unopposed Motion to Extend Time to Respond to First Amended Complaint, IT IS HEREBY ORDERED that:

Defendant Vincent Johnson shall have until June 29, 2017, to answer or otherwise respond to the First Amended Complaint.

DATED this 8th day of June, 2017.

_____
United States District Judge

[PROPOSED] ORDER
(NO. 2:16-CV-01955 RSL) – 1

125864-0001/135833107.1