UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVE COOPER, *et al.*, <br><br> Defendants. | Civil Action No. C16-1955RLS <br><br> ORDER GRANTING DEFENDANT'S CONSENTED MOTION FOR EXTENSION OF TIME |

Before this Court is Defendant Kristina Hanks' "Second Consented Motion for Extension of Time." Dkt. # 51. Plaintiff consents to the requested extensions. The other defendants are either in default or been dismissed from the case. The motion is therefore GRANTED. Defendant Hanks has until August 28, 2017, to answer or otherwise respond to the Complaint. The deadline for conducting a Rule 26(f) conference is September 5, 2017. Initial disclosures are due on September 12, 2017. The combined joint status report and discovery plan shall be filed on or before September 19, 2017.

ORDER - 1

Dated this 27th day of June, 2017.

                                         /s/ Robert S. Lasnik
                                         Robert S. Lasnik
                                         United States District Judge