Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH JONES, an individual; <br> KRISTINA HANKS, an individual; <br> JAMES ALEXANDER, an individual; <br> JOSE ROJAS, an individual; and <br> GERALD W. BOERNER, an individual, <br><br> Defendants. | Civil Action No. 16-cv-1955RSL <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF KRISTINA HANKS (DOE 6) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed to (a) cease directly, contributorily or indirectly infringing ME2's rights in its valid and enforceable copyrighted work *Mechanic: Resurrection*, Copyright Registration No. PA 1 982 831, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from ME2; (b) destroy all unauthorized copies or parts thereof of Mechanic: Resurrection in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without ME2's authorization; and (c) pay ME2 a monetary sum for

STIPULATION OF DISMISSAL - 1
Civil Action No. 16-cv-1955RSL
INIP-6-0068P13 SDMISS - Doe 6

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES[PLLC]<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/E. Russell Tarleton, WSBA No. 17006<br>russt@seedip.com<br>SEED IP LAW GROUP[LLP]<br>701 Fifth Ave, Suite 5400<br>Seattle, WA 98104<br>T: 206.622.4900<br>F: 206.682.6031<br><br>*Attorneys for Defendant* |

STIPULATION OF DISMISSAL - 2
Civil Action No. 16-cv-1955RSL
INIP-6-0068P13 SDMISS - Doe 6

LOWE GRAHAM JONES pllc
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301